IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE HILL**
**ADC #104136**                                                                                                   **PETITIONER**

v.                                   Case No. 4:21-cv-00957-KGB

**DEXTER PAYNE, Director of the Arkansas**
**Division of Correction,** *et al.*                                                                  **RESPONDENTS**

### ORDER

Before the Court are a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). *Pro se* petitioner Jessie Hill filed objections to the Recommendation (Dkt. No. 4). After conducting a *de novo* review of the record, the Court adopts the Recommendation's reasoning and conclusions that: (1) Mr. Hill's 28 U.S.C. § 2254 petition for a writ of *habeas corpus* should be dismissed without prejudice so that Mr. Hill may seek authorization from the United States Court of Appeals for the Eighth Circuit to file a successive *habeas* petition pursuant to 28 U.S.C. § 2244(b)(3)(A); and (2) that a certificate of appealability should be denied in this case (Dkt. No. 3, at 6). However, the Court declines to adopt Judge Ray's recommendation and conclusion that Mr. Hill should be restricted from filing future *habeas* actions in the Eastern District of Arkansas (*Id.*). Mr. Hill's amended petition for a writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 2). The Court declines to issue a certificate of appealability. Mr. Hill may still apply to the Eighth Circuit Court of Appeals for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this 6th day of March, 2025.

Kristine G. Baker
Chief United States District Judge